**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JEFFREY S. RANEN, CSB #224285
  E-Mail: Jeffrey.Ranen@lewisbrisbois.com
AMANDA C. BREYER, CSB #300863
  E-Mail: Amanda.Breyer@lewisbrisbois.com
CAYLA WITTY, NSB #12897
  E-Mail: Cayla.Witty@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383

Attorneys for Defendant, Desert Parkway
Behavioral Healthcare Hospital, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ILA L. BROWN,<br><br>          Plaintiff,<br><br>     vs.<br><br>DESERT PARKWAY BEHAVIORAL HEALTHCARE HOSPITAL, LLC<br><br>          Defendant. | CASE NO.: 2:15-cv-02203-MMD-PAL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED, by and between Plaintiff ILA L. BROWN ("Plaintiff") and Defendant DESERT PARKWAY BEHAVIORAL HEALTHCARE HOSPITAL, LLC ("Defendant") (collectively the "Parties"), by and through their respective attorneys of record, as follows:

1. This action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) against Defendant;

/ / /

/ / /

2. The Parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

IT IS SO STIPULATED.

DATED February 21, 2017

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By _____
Jeffrey S. Ranen, CSB #224285
Amanda C. Breyer, CSB #300863
Cayla Witty, NSB #12897
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383

Attorneys for Defendant, Desert Parkway Behavioral Healthcare Hospital, LLC

DATED February 22, 2017

**GUINNESS LAW FIRM**

By _____
Guinness Ohazuruike, Esq.
6845 W. Charleston Blvd., #A
Las Vegas, Nevada 89117
Telephone: 702.473.9300

Attorney for Plaintiff, Ila L. Brown

IT IS SO ORDERED.

Dated: February 22, 2017

_____
U.S. District Judge